# UNITED STATES DISTRICT COURT

Eastern District of Kentucky

*Eastern District of Kentucky*
**FILED**
MAR 17 2015
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

Chad Lavon Brown

Case No.   5:10-CR-78-JMH-6
USM No.   14056-032

Doreen Helen-Marie Thompson
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   standard   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of law. | 10/22/2013 |
| 2 | Possession of cocaine. | 10/22/2013 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   4488

Defendant's Year of Birth:   1979

City and State of Defendant's Residence:
Paris, Kentucky

March 16, 2015
Date of Imposition of Judgment

*/s/ Joseph M. Hood*
Signature of Judge

Honorable Joseph M. Hood, Senior U.S. District Judge
Name and Title of Judge

March 17, 2015
Date

Case: 5:10-cr-00078-DCR    Doc #: 779    Filed: 03/17/15    Page: 2 of 2 - Page ID#: 2520

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment—Page 2 of 2

DEFENDANT: Chad Lavon Brown
CASE NUMBER: 5:10-CR-78-JMH-6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**51 Months Imprisonment, consecutive to state imprisonment term in Bourbon Circuit Case No. 13-CR-142. No TSR to Follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL